Daniel Haakenson, Appellant, v. Robert Goelet and Another, Impleaded with Adam Reinhardt & Brothers, Respondent. — Judgment affirmed,  .

with costs. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Laughlin, J., dissented.'